IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CT-3151-FL

| | |
|---|---|
| ERIC RAMOND CHAMBERS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| E.J. GIBNEY, OFFICER MORELAND, and GARRETT SMITH, | ) |
| Defendants. | ) |

This matter is before the court on plaintiff's motion to be seen or heard by judge (DE 23). On February 25, 2020, the court stayed this action pending resolution of plaintiff's criminal case, which is currently pending on direct appeal. Plaintiff's instant motion seeks a conference with the court based on his allegation that correctional officials have mishandled his mail and provided inadequate medical care.

The instant civil rights action is based on plaintiff's claim that defendants committed constitutional violations during his arrest and criminal prosecution. Unrelated claims about defendant's medical treatment or the processing of his mail will not be addressed in this case. To the extent plaintiff believes correctional staff or medical personnel have violated his constitutional rights, he must file a new civil rights action to address such issues. The court also observes that plaintiff is incarcerated in the Western District of North Carolina, which is the proper venue for any legal claims arising from conduct that occurred in that district. See 28 U.S.C. § 1391(b). If plaintiff's new claims occurred in this district, he may write to the clerk of court and obtain the proper forms for filing a new civil rights action  Accordingly, the motion to be seen or heard by

judge (DE 23) is DENIED. The instant action shall remain stayed pending resolution of defendant's direct appeal.

SO ORDERED, this the 19th day of January, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

2